UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Robyn M. Taylor<br>Donald T. Taylor<br>    Debtors<br><br>MidFirst Bank, its successors and/or assigns<br>    Movant<br> v.<br>Robyn M. Taylor<br>Donald T. Taylor<br>    Respondent<br>  and<br>Ronda J. Winnecour, Trustee<br>    Additional Respondent | BK. NO. 15-70019 JAD<br><br>CHAPTER 13<br><br>Related to Docket # 74 |

## ORDER MODIFYING SECTION 362 AUTOMATIC STAY

AND NOW, this 21st day of October, 2016, at Pittsburgh, upon Motion of MidFirst Bank, its successors and/or assigns, it is

**ORDERED THAT:** The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 3456 Whistler Road, Stoystown, PA 15563 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

                                          United States Bankruptcy Judge
                                          **Jeffery A. Deller**

In the event that any order is entered in this case granting relief from the automatic stay to a <u>secured creditor</u>, then the Trustee shall make no further disbursements to any creditor on account of any secured claim that is secured by the subject property, unless directed otherwise by further Order of Court.

FILED
10/21/16 2:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Robyn M. Taylor
3456 Whistler Road
Stoystown, PA 15563

Donald T. Taylor
3456 Whistler Road
Stoystown, PA 15563

Kenneth P. Seitz Esq.
P.O. Box 211
Ligonier, PA 15658
thedebterasers@aol.com

Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Donald T Taylor
Robyn M Taylor
    Debtors

Case No. 15-70019-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7    User: bsil    Page 1 of 1    Date Rcvd: Oct 21, 2016
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2016.
db/jdb        +Donald T Taylor,    Robyn M Taylor,    3456 Whistler Road,    Stoystown, PA 15563-6334

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2016                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2016 at the address(es) listed below:
       Andrew F Gornall    on behalf of Creditor    MidFirst Bank agornall@goldbecklaw.com,
        bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
       Brett A. Solomon    on behalf of Creditor    Santander Consumer USA Inc., d/b/a Chrysler Capital
        bsolomon@tuckerlaw.com,    dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com
       Joshua I. Goldman    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
       Kenneth P. Seitz    on behalf of Debtor Donald T Taylor thedebterasers@aol.com
       Kenneth P. Seitz    on behalf of Joint Debtor Robyn M Taylor thedebterasers@aol.com
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                             TOTAL: 7