**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 15-70019-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

Donald T Taylor
3456 Whistler Road
Stoystown PA 15563

Robyn M Taylor
3456 Whistler Road
Stoystown PA 15563

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/26/2016.

Name and Address of Alleged Transferor(s):

Claim No. 5: CitiFinancial Servicing LLC, PO Box 6043, Sioux Falls, SD 57117-6043

Name and Address of Transferee:

Specialized Loan Servicing, LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    10/29/16

Michael R. Rhodes
**CLERK OF THE COURT**

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                              Case No. 15-70019-JAD
Donald T Taylor                                                     Chapter 13
Robyn M Taylor
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 0315-7        User: bsil              Page 1 of 1         Date Rcvd: Oct 27, 2016
                            Form ID: trc            Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 29, 2016.
14017658      CitiFinancial Servicing LLC,    PO Box 6043,    Sioux Falls, SD 57117-6043

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                     TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2016                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 26, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor   MidFirst Bank agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Brett A. Solomon    on behalf of Creditor    Santander Consumer USA Inc., d/b/a Chrysler Capital
               bsolomon@tuckerlaw.com,    dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com
              Joshua I. Goldman    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Debtor Donald T Taylor thedebterasers@aol.com
              Kenneth P. Seitz    on behalf of Joint Debtor Robyn M Taylor thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```