Form 410

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Donald T Taylor**
**Robyn M Taylor**
 Debtor(s)

Bankruptcy Case No.: 15–70019–JAD
Doc. # 83
Chapter: 13
Docket No.: 84 – 83
Concil. Conf.: February 16, 2017 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **January 5, 2017,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **January 20, 2017,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **February 16, 2017** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: November 21, 2016

Jeffery A. Deller
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689–4002

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania

In re:                                                     Case No. 15-70019-JAD
Donald T Taylor                                            Chapter 13
Robyn M Taylor
       Debtors                      CERTIFICATE OF NOTICE
District/off: 0315-7          User: jfur                   Page 1 of 2                  Date Rcvd: Nov 21, 2016
                              Form ID: 410                 Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2016.
db             #+Donald T Taylor,    3456 Whistler Road,    Stoystown, PA 15563-6334
jdb            #+Robyn M Taylor,    3456 Whistler Road,    Stoystown, PA 15563-6334
cr              +Santander Consumer USA Inc., d/b/a Chrysler Capita,    c/o Brett A. Solomon, Esquire,
                  Tucker Arensberg, P.C.,    1500 One PPG Place,    Pittsburgh, PA 15222-5413
cr              +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
13979249       ++CITIFINANCIAL,    BANKRUPTCY FORECLOSURE UNIT,    1000 TECHNOLOGY DRIVE,    OFALLON MO 63368-2239
                (address filed with court: Citifinancial,     300 Saint Paul Pl,    Baltimore, MD 21202)
13979248        +Chrysler Capital,    Po Box 961275,    Fort Worth, TX 76161-0275
14017658         CitiFinancial Servicing LLC,    PO Box 6043,    Sioux Falls, SD 57117-6043
13997599         CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA 50368-8971
13979250        +Citimortgage Inc,    Po Box 9438,    Gaithersburg, MD 20898-9438
13979255        +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
14082598        +MIDLAND MORTGAGE CO. as Servicer for MidFirst,    999 NW Grand Blvd., Suite 100,
                  Oklahoma City, OK 73118-6051
14046839        +Montgomery Ward,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
13979258        +National Recovery Agen,    2491 Paxton St,    Harrisburg, PA 17111-1036
14024860         Navient Solutions, Inc.,    Department of Education Loan Services,    P.O. Box 9635,
                  Wilkes-Barre, PA 18773-9635
13979259        +Northwest Consumer Dis,    500 Galleria Dr Ste 164,    Johnstown, PA 15904-8902
13979260        +Onemain,   Po Box 499,    Hanover, MD 21076-0499
13979261        +Rjm Acq Llc,    575 Underhill Blvd Ste 2,    Syosset, NY 11791-3426
14312221        +Specialized Loan Servicing, LLC,    8742 Lucent Blvd, Suite 300,
                  Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: rmscedi@recoverycorp.com Nov 22 2016 02:32:43
                  Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                  Miami, FL  33131-1605
13989343        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 22 2016 02:33:20
                  American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                  Oklahoma City, OK  73126-8941
13979251       +E-mail/Text: bankruptcy@firstenergycorp.com Nov 22 2016 02:30:03     Collection Service Cen,
                  839 5th Ave,   New Kensington, PA 15068-6303
13979252       +E-mail/Text: creditonebknotifications@resurgent.com Nov 22 2016 02:29:11     Credit One Bank Na,
                  Po Box 98875,    Las Vegas, NV 89193-8875
13979253       +E-mail/PDF: pa_dc_ed@navient.com Nov 22 2016 02:33:01     Dept Of Ed/Navient,    Po Box 9635,
                  Wilkes Barre, PA 18773-9635
13979254       +E-mail/Text: bknotice@erccollections.com Nov 22 2016 02:30:05     Enhanced Recovery Co L,
                  8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13979256       +E-mail/Text: bankruptcy@huntington.com Nov 22 2016 02:29:55     Huntington National Ba,
                  7 Easton Oval,    Columbus, OH 43219-6060
13980957       +E-mail/Text: bankruptcy@huntington.com Nov 22 2016 02:29:55     Huntington National Bank,
                  P O Box 89424,    Cleveland OH 44101-6424
14053857        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 22 2016 02:33:02
                  LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13979257       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 22 2016 02:29:58     Midland Funding,
                  8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
14065059        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 22 2016 02:32:49
                  Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14042287       +E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 22 2016 02:30:20     Premier Bankcard, Llc.,
                  c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
13989670        E-mail/PDF: rmscedi@recoverycorp.com Nov 22 2016 02:32:43
                  Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
13979262       +E-mail/Text: bnc-bluestem@quantum3group.com Nov 22 2016 02:30:34     Webbank/Fingerhut,
                  6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              MidFirst Bank
13989929*      +Chrysler Capital,   P.O. BOX 961275,    FORT WORTH, TX 76161-0275
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0315-7          User: jfur              Page 2 of 2          Date Rcvd: Nov 21, 2016
                              Form ID: 410            Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2016 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    MidFirst Bank agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Brett A. Solomon    on behalf of Creditor    Santander Consumer USA Inc., d/b/a Chrysler Capital
               bsolomon@tuckerlaw.com,  dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com
              Joshua I. Goldman    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Debtor Donald T Taylor thedebterasers@aol.com
              Kenneth P. Seitz    on behalf of Joint Debtor Robyn M Taylor thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```