# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : **Bankruptcy No. 15-70019-JAD** |
| **Donald T. Taylor and** | : |
| **Robyn M. Taylor,** | : **Chapter 13** |
|       **Debtors** | : |
| | : |

## CERTIFICATE OF SERVICE

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 8th day of February, 2017, a true and correct copy of the Order dated February 7, 2017, by First-Class Mail. U.S. Postage paid on the Parties below:

> GGNSC ADMINISTRATIVE SERVICES, LLC
> AGENT FOR: GGNSC JOHNSTOWN, LP
> 1000 FIANNA WAY
> FORT SMITH, AR 72919
>
> DONALD T. TAYLOR
> ROBYN M. TAYLOR
> 3456 WHISTLER ROAD
> STOYSTOWN, PA 15563

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: February 8, 2017

Respectfully submitted,
/s/Kenneth P. Seitz, Esquire
Kenneth P. Seitz, Esquire
PA I.D. # 81666
The Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470
Attorney for Debtors