Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Donald T Taylor** | : | Case No. 15−70019−JAD |
| **Robyn M Taylor** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | Related to Dkt. No. 83 |
| | : | |

# ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this **7th day of February, 2017,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Jeffery A. Deller
United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                       United States Bankruptcy Court
                       Western District of Pennsylvania
In re:                                                    Case No. 15-70019-JAD
Donald T Taylor                                           Chapter 13
Robyn M Taylor
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0315-7         User: jhel              Page 1 of 2      Date Rcvd: Feb 07, 2017
                             Form ID: 309            Total Noticed: 32
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 09, 2017.
```
db             #+Donald T Taylor,    3456 Whistler Road,    Stoystown, PA 15563-6334
jdb            #+Robyn M Taylor,    3456 Whistler Road,    Stoystown, PA 15563-6334
cr              +Santander Consumer USA Inc., d/b/a Chrysler Capita,    c/o Brett A. Solomon, Esquire,
                  Tucker Arensberg, P.C.,    1500 One PPG Place,    Pittsburgh, PA 15222-5413
cr              +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
13979249       ++CITIFINANCIAL,    BANKRUPTCY FORECLOSURE UNIT,    1000 TECHNOLOGY DRIVE,    OFALLON MO 63368-2239
                 (address filed with court: Citifinancial,     300 Saint Paul Pl,    Baltimore, MD 21202)
14017658        CitiFinancial Servicing LLC,    PO Box 6043,    Sioux Falls, SD 57117-6043
13997599        CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA 50368-8971
14082598       +MIDLAND MORTGAGE CO. as Servicer for MidFirst,    999 NW Grand Blvd., Suite 100,
                 Oklahoma City, OK 73118-6051
14046839       +Montgomery Ward,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
13979258       +National Recovery Agen,    2491 Paxton St,    Harrisburg, PA 17111-1036
14024860        Navient Solutions, Inc.,    Department of Education Loan Services,    P.O. Box 9635,
                 Wilkes-Barre, PA 18773-9635
13979259       +Northwest Consumer Dis,    500 Galleria Dr Ste 164,    Johnstown, PA 15904-8902
13979260       +Onemain,    Po Box 499,    Hanover, MD 21076-0499
13979261       +Rjm Acq Llc,    575 Underhill Blvd Ste 2,    Syosset, NY 11791-3426
14312221       +Specialized Loan Servicing, LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              EDI: RECOVERYCORP.COM Feb 08 2017 01:23:00      Recovery Management Systems Corporation,
                 25 S.E. Second Avenue,    Suite 1120,   Miami, FL  33131-1605
13989343        EDI: AIS.COM Feb 08 2017 01:23:00      American InfoSource LP as agent for,
                 Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK  73126-8941
13979248       +EDI: CHRM.COM Feb 08 2017 01:23:00      Chrysler Capital,    Po Box 961275,
                 Fort Worth, TX 76161-0275
13979250       +EDI: CIAC.COM Feb 08 2017 01:23:00      Citimortgage Inc,    Po Box 9438,
                 Gaithersburg, MD 20898-9438
13979251       +E-mail/Text: bankruptcy@firstenergycorp.com Feb 08 2017 01:30:18      Collection Service Cen,
                 839 5th Ave,    New Kensington, PA 15068-6303
13979252       +EDI: RCSFNBMARIN.COM Feb 08 2017 01:23:00      Credit One Bank Na,    Po Box 98875,
                 Las Vegas, NV 89193-8875
13979253       +EDI: NAVIENTFKASMDOE.COM Feb 08 2017 01:23:00      Dept Of Ed/Navient,    Po Box 9635,
                 Wilkes Barre, PA 18773-9635
13979254       +E-mail/Text: bknotice@erccollections.com Feb 08 2017 01:30:20      Enhanced Recovery Co L,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13979255       +EDI: AMINFOFP.COM Feb 08 2017 01:23:00      First Premier Bank,    601 S Minnesota Ave,
                 Sioux Falls, SD 57104-4868
13979256       +E-mail/Text: bankruptcy@huntington.com Feb 08 2017 01:30:13      Huntington National Ba,
                 7 Easton Oval,    Columbus, OH 43219-6060
13980957       +E-mail/Text: bankruptcy@huntington.com Feb 08 2017 01:30:13      Huntington National Bank,
                 P O Box 89424,    Cleveland OH 44101-6424
14053857        EDI: RESURGENT.COM Feb 08 2017 01:23:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
13979257       +EDI: MID8.COM Feb 08 2017 01:23:00      Midland Funding,    8875 Aero Dr Ste 200,
                 San Diego, CA 92123-2255
14065059        EDI: PRA.COM Feb 08 2017 01:23:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
14042287       +EDI: JEFFERSONCAP.COM Feb 08 2017 01:23:00      Premier Bankcard, Llc.,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
13989670        EDI: RECOVERYCORP.COM Feb 08 2017 01:23:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
13979262       +EDI: BLUESTEM Feb 08 2017 01:23:00      Webbank/Fingerhut,    6250 Ridgewood Rd,
                 Saint Cloud, MN 56303-0820
                                                                                               TOTAL: 17
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              MidFirst Bank
13989929*      +Chrysler Capital,    P.O. BOX 961275,    FORT WORTH, TX 76161-0275
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-7          User: jhel              Page 2 of 2            Date Rcvd: Feb 07, 2017
                              Form ID: 309            Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 7, 2017 at the address(es) listed below:
```
          Andrew F Gornall    on behalf of Creditor    MidFirst Bank agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Brett A. Solomon    on behalf of Creditor    Santander Consumer USA Inc., d/b/a Chrysler Capital
           bsolomon@tuckerlaw.com,  dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com
          James   Warmbrodt    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
          Kenneth P. Seitz    on behalf of Debtor Donald T Taylor thedebterasers@aol.com
          Kenneth P. Seitz    on behalf of Joint Debtor Robyn M Taylor thedebterasers@aol.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8
```