**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

DONALD T TAYLOR
ROBYN M TAYLOR
       Debtor(s)

Ronda J. Winnecour
       Movant
       vs.
No Repondents.

Case No.:15-70019 JAD

Document No.:

---

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 01/09/2015  and confirmed on 05/12/2015 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 26,631.74 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 26,631.74 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,500.81 | |
|   Trustee Fee | 989.37 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,490.18 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| MIDLAND MORTGAGE CO -SERVICER | 10,303.63 | 10,303.63 | 0.00 | 10,303.63 |
|   Acct: 0179 | | | | |
| MIDLAND MORTGAGE CO -SERVICER | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 0179 | | | | |
| SANTANDER CONSUMER USA D/B/A CHRY | 1,069.10 | 1,069.10 | 863.70 | 1,932.80 |
|   Acct: 7132 | | | | |
| HUNTINGTON NATIONAL BANK(*) | 22,910.18 | 3,287.14 | 2,451.50 | 5,738.64 |
|   Acct: 0221 | | | | |
| NORTHWEST CONSUMER DISC CO(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 0007 | | | | |
| NORTHWEST CONSUMER DISC CO(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 0008 | | | | |
| WF 19 GRANTOR TRUST | 4,404.03 | 4,404.03 | 762.46 | 5,166.49 |
|   Acct: 8611 | | | | |
| | | | | 23,141.56 |
| Priority | | | | |
| KENNETH P SEITZ ESQ | 3,648.00 | 2,500.81 | 0.00 | 0.00 |
|   Acct: | | | | |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| DONALD T TAYLOR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LAW OFFICES OF KENNETH P SEITZ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
| CITIFINANCIAL INC (NON-RE*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0758 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: E2DN | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 545.64 | 0.00 | 0.00 | 0.00 |
| Acct: 5750 | | | | |
| NAVIENT SOLUTIONS INC O/B/O DEPARTM | 37,126.32 | 0.00 | 0.00 | 0.00 |
| Acct: 0155 | | | | |
| ENHANCED RECOVERY COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6662 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 379.12 | 0.00 | 0.00 | 0.00 |
| Acct: 0858 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 339.57 | 0.00 | 0.00 | 0.00 |
| Acct: 8331 | | | | |
| AMERICAN INFOSOURCE LP O/B/O MIDLAI | 2,390.08 | 0.00 | 0.00 | 0.00 |
| Acct: 0116 | | | | |
| NATIONAL RECOVERY AGENCY GROUP** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3416 | | | | |
| NATIONAL RECOVERY AGENCY GROUP** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9484 | | | | |
| RJM ACQUISITIONS LLC*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2041 | | | | |
| WEBBANK-FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7457 | | | | |
| MONTGOMERY WARDS** | 384.76 | 0.00 | 0.00 | 0.00 |
| Acct: 5290 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 9,359.02 | 0.00 | 0.00 | 0.00 |
| Acct: 6845 | | | | |
| SANTANDER CONSUMER USA D/B/A CHRY | 12,094.95 | 0.00 | 0.00 | 0.00 |
| Acct: 7132 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXPRAE | | | | |
| ANDREW F GORNALL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | * * * N O N E * * * | | | |

TOTAL PAID TO CREDITORS                                                                    23,141.56

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

TOTAL CLAIMED
PRIORITY                    0.00
SECURED                38,686.94
UNSECURED              62.619.46


Date: 03/03/2017                                    /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com